1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12
13

DISH NETWORK L.L.C., et al.,

14

Plaintiffs,

15

v.

16
17

ELAINE SANCHEZ,

18

Defendant.

_____/

CASE NO. 1:11-cv-01485-AWI-SKO

**ORDER REQUIRING PERSONAL APPEARANCES**

19
20
21
22
23
24
25

On February 8, 2012, Plaintiffs Dish Network L.L.C., EchoStar Technologies L.L.C., and NagraStar L.L.C. ("Plaintiffs") filed a Motion for Default Judgment which was originally set to be heard on March 19, 2012.  (Doc. 14.)  Pursuant to the Court's April 6, 2012, Order, the hearing on Plaintiffs' Motion for Default Judgment has been reset to **May 23, 2012, at 9:30 a.m. in Courtroom 7** before Magistrate Judge Sheila K. Oberto.  (Doc. 19.)  The Court finds that personal appearances on behalf of the parties are necessary.

26
27
28

Accordingly, IT IS HEREBY ORDERED that:

1.      Counsel for Plaintiffs and the Defendant, who is proceeding in propria persona, are

        to personally appear at the May 23, 2012, hearing set for 9:30 a.m. in Courtroom 7;

1          and

2          2.        The Clerk of Court is directed to serve this Order on the Defendant at 1824 E. Gerald

3                    Avenue, Dinuba, CA 93618.

4

5    IT IS SO ORDERED.

6    **Dated:**    **May 14, 2012**                                            **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28