**RUDY GABA, JR. (STATE BAR NO. 230475)**
GABA LAW CORPORATION
23141 VERDUGO DRIVE, SUITE 205
LAGUNA HILLS, CALIFORNIA 92653
TELEPHONE: 949-207-7100
FACSIMILE: 949-207-7108
EMAIL: RGABA@GABALAWCORP.COM

ATTORNEY FOR PLAINTIFF,
DISH NETWORK L.L.C.; ET AL.

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C.; et al., <br>     Plaintiff, <br> vs. <br> ELAINE SANCHEZ, <br>     Defendants. | Case No.: 1:11-CV-1485-AWI-SKO <br><br> **ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> **(Doc. 31)** <br><br> [F.R.C.P. RULE 4(c)] <br><br> NO HEARING SCHEDULED |

**ORDER**

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server (Doc. 31), and upon finding of good cause,

IT IS HEREBY ORDERED that WIN-WIN AMERICAN LEGAL SUPPORT SERVICES, INC., registered California process servers, who are at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writ in the above case. The U.S. Marshal's office will remain the levying officer.

IT IS SO ORDERED.

Dated: __August 28, 2018__         /s/ *Sheila K. Oberto*
                         UNITED STATES MAGISTRATE JUDGE